UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY, | No. 2:16-cv-1347 GEB AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| CHILD SUPPORT SERVICE SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's in forma pauperis application does not make the showing required by 28 U.S.C. § 1915(a)(1). Plaintiff discloses that she received money from "Business, profession or other self-employment," "Rent payments, interest or dividends," "Pensions, annuities or life insurance payments," "Disability or workers compensation payments," "Gifts or inheritances," and "Any other sources" during the past 12 months. ECF No. 2 at 1. However, plaintiff fails to disclose "the amount received and what you expect you will continue to receive," as required. See id. at 1-2. Plaintiff also discloses that she has "some stocks and bonds," but fails to "state its value," as required. See id. at 2.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

DATED: June 17, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE