UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>CHILD SUPPORT SERVICE SACRAMENTO, et al.,<br><br>Defendants. | No. 2:16-cv-1347 GEB AC (PS)<br><br><br><br>ORDER |

On June 20, 2016, the court denied plaintiff's application to proceed in forma pauperis, and granted plaintiff leave to re-file the application in proper form. ECF No. 3. Plaintiff has not re-filed her IFP application nor paid the filing fee.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an application for IFP status, properly completed, or she shall pay the required filing fee, within 30 days of this order.

2. If plaintiff fails to comply with this order, the undersigned may recommend that this action be dismissed.

DATED: August 11, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE