UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALLA ALFARO BRITTANY,<br><br>Plaintiff,<br><br>v.<br><br>CHILD SUPPORT SERVICE SACRAMENTO, et al.,<br><br>Defendants. | No.  2:16-cv-1347 GEB AC (PS)<br><br><br><br>ORDER |

On June 20, 2016, the court denied plaintiff's application to proceed in forma pauperis, and granted plaintiff leave to re-file the application in proper form. ECF No. 3.  On August 12, 2016, the court reminded plaintiff that she needed to renew her IFP application or pay the filing fee, and plaintiff was granted 30 days to do so.  ECF No. 5.  Plaintiff was cautioned that her failure to comply with the order could result in a recommendation that the action be dismissed. Id.  Plaintiff has not renewed her IFP application, paid the filing fee, or taken any other action in this case.

Therefore, IT IS HEREBY RECOMMENDED that this lawsuit be DISMISSED, without prejudice, for plaintiff's failure to comply with the court's orders, and for failure to prosecute the action.  See Fed. R. Civ. P. 41(b) (failure to prosecute or to comply with court orders); E.D. Cal. R. ("Local Rule") 110 (failure to comply with court orders).

1

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 28, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE